1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9  DERRICK L. SUMUEL,

10      Petitioner,                          Case No. 3:09-CV-00091-LRH-(VPC)

11  vs.                                      **ORDER**

12  GREG SMITH, et al.,

13      Respondents.

14

15      Respondents having submitted a Motion for Enlargement of Time (#10), and good cause

16  appearing;

17      IT IS THEREFORE ORDERED that Respondents' Motion for Enlargement of Time (#10) is

18  **GRANTED**.  Respondents shall have through July 20, 2009, to file and serve an answer or other

19  response to the Petition (#7).

20      DATED this 21st day of May, 2009.

21

22

23                                          _____
                                            LARRY R. HICKS
                                            UNITED STATES DISTRICT JUDGE

24
25
26
27
28