1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   DERRICK L. SUMUEL,

10          Petitioner,                              Case No. 3:09-CV-00091-LRH-(VPC)

11   vs.                                             **ORDER**

12   GREG SMITH, et al.,

13          Respondents.

14

15          Petitioner having submitted a Motion for Enlargement of Time (#14), and good cause

16   appearing;

17          IT IS THEREFORE ORDERED that Petitioner's Motion for Enlargement of Time (#14) is

18   **GRANTED**.  Petitioner shall have through November 5, 2009, to file and serve a reply to the

19   Answer (#12).

20          DATED this 9th day of September, 2009.

21

22                                                  _____
                                                    LARRY R. HICKS
23                                                  UNITED STATES DISTRICT JUDGE

24
25
26
27
28